UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00114 |
| | ) | JUDGE SHARP |
| GERARDO FELIX AVENDANO | ) | |

## O R D E R

The hearing on a plea of guilty scheduled for May 22, 2014, is hereby rescheduled for Tuesday, June 17, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE