UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:13-00114 |
| | ) | JUDGE SHARP |
| GERARDO FELIX AVENDANO [2] | ) | |
| CRUZ ALEJANDRO AVENDANO [3] | ) | |

**O R D E R**

Pending before the Court is Defendant Gerardo Avendano's Motion to Continue Sentencing Hearing (Docket No. 105) and Cruz Avendano's Motion to Join Codefendant's Motion to Continue Sentencing Hearing (Docket No. 106) to which the Government does not oppose.

The motions are GRANTED and the sentencing hearing set for September 19, 2014, are hereby rescheduled for Thursday, October 23, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE